KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
08 MAR 19 AM 10: 20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 2004 HARLEY DAVIDSON FLSTC, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES,<br>$1,862.00 IN U.S. CURRENCY,<br>Defendants. | Civil No. '08 CV 507 L WMc<br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendants,

ONE 2004 HARLEY DAVIDSON FLSTC M/C, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES, and

$1,862.00 IN U.S. CURRENCY,

(hereinafter "defendants"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendants were found within this district.

3. During the month of July 2007, detectives with the San Diego Sheriff's South East Narcotics Team (SENT team) were conducting surveillance on narcotic transactions. The purpose of

the surveillance was to observe and document narcotic sellers sell methamphetamine. This operation was in the City of Santee, County of San Diego.

Detectives observed a male later identified as Bruce Lambert pull up to the location on a 2004 Harley Davidson, California license plate 8C7957. Detectives observed Lambert approach an individual and engage in a narcotic transaction. After Lambert had left the area on his motorcycle, detectives confirmed that a narcotic transaction had occurred. The detectives recovered 3.5 grams methamphetamine which Lambert had just sold.

In September 2007, the same narcotics team was conducting a similar operation when they once again observed Lambert arrive on the same Harley Davidson. Detectives again watched a narcotic transaction involving Lambert. The detectives recovered 3.5 grams of methamphetamine which Lambert sold on this occasion.

On September 24, 2007, the SENT team observed Lambert leaving an apartment complex and believed him to be involved in another drug transaction. Detectives requested that Lambert be stopped by uniformed deputies pursuant to his active Fourth Amendment waiver search conditions. Lambert was searched during the stop and found to have $954.00 in his wallet, and another $908.00 rolled up in his pants pocket.

The SENT team then went to Lambert's residence at 10219 Los Ranchitos Road in Lakeside to search the house, also pursuant to the Fourth Amendment waiver condition. Detectives located numerous packaging baggies inside a safe in a shed in the backyard. They also located the 2004 Harley Davidson they had observed Lambert deliver methamphetamine with on two prior occasions. At this time detectives knew Lambert to be on bail from an arrest for a violation of California Health and Safety Code section 11378, possession of a controlled substance for sale. During the previous arrest, over two grams of methamphetamine had been found on Lambert's person. A search of his house at that time had revealed an additional 48 grams of methamphetamine, as well as a scale and packaging material. Lambert is currently in custody after pleading guilty in both cases.

//

//

//

Count 1

ONE 2004 HARLEY DAVIDSON FLSTC M/C

4. Paragraphs 1-3 are incorporated as a part hereof.

5. On and/or prior to September 24, 2007, the Count 1 defendant vehicle was used and was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt, and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the United States Code, Section 881(a)(4).

6. Alternatively, on and/or prior to September 24, 2007, the Count 1 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

7. Alternatively, on and/or prior to September 24, 2007, the Count 1 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

8. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 1 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4) and/or (a)(6).

9. The Count 1 defendant vehicle is presently stored within the jurisdiction of this Court.

10. The value of the defendant vehicle is approximately $16,000.00.

Count 2

$1,862.00 IN U.S. CURRENCY

11. Paragraphs 1-3 are incorporated as a part hereof.

12. On and/or prior to September 24, 2007, the Count 2 defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

13. Alternatively, on and/or prior to September 24, 2007 the Count 2 defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

//

14. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 2 defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

15. The Count 2 defendant currency is presently stored within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: March 19, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

**VERIFICATION**

I, Nancy Zuniga Ryan, hereby state and declare as follows:

1. I am a Task Force Officer with the Asset Removal Group, Drug Enforcement Administration.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on March 18 '08

Nancy Zuniga Ryan
NANCY ZUNIGA-RYAN, Task Force Officer
Asset Removal Group
Drug Enforcement Administration

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
08 MAR 19 AM 10:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**I (a) PLAINTIFFS**

**UNITED STATES OF AMERICA**

**DEFENDANTS**

**ONE 2004 HARLEY DAVIDSON FLSTC, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, et al.**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) San Diego

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

'08 CV 507 L WMc

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS – PERSONAL INJURY | TORTS – PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & | ☐ 368 Asbestos Personal Product Liability | ☒ 625 Drug Related of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of &Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of of Veterans Benefits | ☐ 355 Motor Vehicle Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal | | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ Other Contract | | | ☐ 710Fair Labor Standards | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic |
| | | | ☐ 730 Labor/Mgmt. Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental |
| | | | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation |
| | | | ☐ 790 Other Labor | ☐ 870 Taxes (U.S. or Defendant) | ☐ 895 Freedom of |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Under Equal Access to |
| | | | | | ☐ 950 Constitutionality of |
| | | | | | ☐ 890 Other Statutory |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 535 Death Penalty |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights |
| ☐ 290 All Other Real | | ☐ 555 Prisoner Conditions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See** JUDGE Docket Number

DATE
3/19/08

SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA