**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

FILED 2008 APR 11 AM 8:09 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

RECEIVED US MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAR 20 P 2:19

PLAINTIFF
UNITED STATES OF AMERICA

COURT CASE NUMBER
08cv0507-L(WMc)

DEFENDANT
ONE 2004 HARLEY DAVIDSON FLSTC, et al.

TYPE OF PROCESS
ARREST AND PUBLICATION

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)
4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All* Telephone Numbers, and Estimated Times Available For Service)

**DEA Case No. R2-08-0037; CATS IDs 07-DEA-491984, 491529**

Attached are copies of the Complaint for Forfeiture, an ad order and Notice of Forfeiture Action. Please seize the defendant vehicle and currency and advise of date of seizure, dates notice is published, and furnish a copy of the warrant for arrest. Note that the U.S. Marshal has been appointed as custodian.

| Signature of Attorney or other Originator requesting service on behalf of : | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] David M. McNees /mia DAVID M. McNEES [SAUSA] | ☒ PLAINTIFF ☐ DEFENDANT | (619) 557-7366 | 3/19/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. 98 | No. 98 | [signature] | 3-20-08 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).
June Wescott, Invetigative Asst.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 04/10/08 Time: 1400 am / (pm)

Signature of U.S. Marshal or Deputy: [signature] #3860

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | $9.38 | | $54.38 | | | |

REMARKS:

Publish 4/15, 4/16, 4/18

PRIOR EDITIONS MAY BE USED

*SEND ORIGINAL + 2 COPIES to USMS.*

**FORM USM 285 (Rev. 12/15/80)**

***1. CLERK OF COURT 2. USMS Record 3. Notice of Service 4. Billing Statement 5. Acknowledgment of Receipt***