KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: David.McNees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2004 HARLEY DAVIDSON FLSTC, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES,<br><br>$1,862.00 IN U.S. CURRENCY,<br><br>Defendants. | Civil No. 08cv0507-L(WMc)<br><br>DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS |

I, David M. McNees, Special Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

On March 19, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above-named defendant properties, ONE 2004 HARLEY DAVIDSON FLSTC and $1,862.00 IN U.S. CURRENCY (“defendants”). On April 10, 2008, the defendants were seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendants, pursuant to the Court's Order appointing the United States Marshal as custodian, dated April 2, 2008.

On April 15, 16 and 18, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

On March 24, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Bruce Kevin Lambert<br>Booking No. 8105549<br>East Mesa Detention Facility<br>446 Alta Road, Suite 5200<br>San Diego, CA 92158-0002 | 7004 2510 0003 3017 4120 | Delivered 03/25/08 per U.S. Postal and Track and Confirm system at usps.com |
| G.E. Money Bank<br>Attn: Trish Walker<br>P.O. Box 10670<br>Tempe, AZ 85284-0012 | 7004 2510 0003 3017 4137 | Delivered 03/28/08 per U.S. Postal and Track and Confirm system at usps.com |

From the time of said notice, no claim or answer has been filed regarding the above-named defendant properties by anyone.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant properties as to any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of May, 2008.

s/ David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: David.McNees@usdoj.gov