KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2004 HARLEY DAVIDSON FLSTC, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES,<br><br>$1,862.00 IN U.S. CURRENCY,<br><br>Defendants. | Case No. 08cv0507-L(WMc)<br><br>DECLARATION OF DAVID M. McNEES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, David M. McNees, declare:

1. I am the Special Assistant United States Attorney primarily responsible for the prosecution of this case. I have prepared this Declaration based upon my review of the Court's docket and the file maintained by the U.S. Attorney's office with respect to this case.

2. On March 19, 2008, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the defendant properties,

ONE 2004 HARLEY DAVIDSON FLSTC M/C, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES, and

$1,862.00 IN U.S. CURRENCY.

//

//

//

3. On April 10, 2008, the defendants were seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendants, pursuant to the Court's Order appointing the United States Marshal as custodian, dated April 4, 2008.

4. On April 15, 16, and 18, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice was published in the San Diego Commerce.

5. On March 24, 2008, a Notice of Complaint and a copy of the Complaint for Forfeiture were sent by certified mail as follows:

| Name and address | Article No. | Result |
|---|---|---|
| Bruce Kevin Lambert<br>Booking No. 8105549<br>East Mesa Detention Facility<br>446 Alta Road, Suite 5200<br>San Diego, CA 92158-0002 | 7004 2510 0003 3017 4120 | Signed for as received on 03/25/08 |
| G. E. Money Bank<br>Attn: Trish Walker<br>P.O. Box 10670<br>Tempe, AZ 85284-0012 | 7004 2510 0003 3017 4137 | Signed for as received on 03/28/08 |

6. From the time of said notice, no claim or answer has been filed regarding the above-named defendant properties by G. E. Money Bank, Bruce Kevin Lambert, or anyone else.

7. On May 21, 2008, the Government filed a Declaration of and Request for Clerk's Entry of Default as to All Potential Claimants. A Clerk's Entry of Default as to All Potential Claimants was issued on May 22, 2008, and a copy is hereby attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: May 28, 2008

s/David M. McNees

DAVID M. McNEES
Special Assistant U.S. Attorney
Attorney for Plaintiff
United States of America
Email: david.mcnees@usdoj.gov