KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2004 HARLEY DAVIDSON FLSTC, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES,<br><br>$1,862.00 IN U.S. CURRENCY,<br><br>Defendants. | Civil No. 08cv0507-L(WMc)<br><br>JOINT MOTION TO SET ASIDE CLERK'S DEFAULT AS TO GE MONEY BANK |

The United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant U.S. Attorney, and GE Money Bank, hereby agree that the Clerk's Default entered on May 22, 2008, as to GE Money Bank, be set aside.

DATED: 8/1/08

KAREN P. HEWITT
United States Attorney

s/ David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
E-mail: davidmcnees@usdoj.gov

DATED: 8/1/08

s/ Kary R. Kump
KARY R. KUMP
Attorney for GE Money Bank
E-mail: kary@jfarley.com