UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 2004 HARLEY DAVIDSON, *et al.*,<br>Defendants. | ) | Civil No. 08cv507-L(WMc)<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND DENYING MOTION FOR DEFAULT JUDGMENT** |

Pursuant to the joint motion filed August 1, 2008, the Clerk's entry of default, filed May 22, 2008 ,is hereby **SET ASIDE** as to GE Money Bank. On the same basis, the government's currently pending motion for default judgment is **DENIED**.

**IT IS SO ORDERED**.

DATED: August 4, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, Jr.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL