# UNITED STATES DISTRICT COURT

**Southern District of California**

United States of America

Plaintiff,

v.

Case No.:
3:08−cv−00507−L−WMC
Judge M. James Lorenz

One 2004 Harley Davidson FLSTC, CA Lisence No. 8C7957,
Vin 1HD1BWB154Y085175, Its Tools and Appurtenances, et al.

Defendant.

---

**DEFAULT**

It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 3/19/2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Bruce Kevin Lambert and all Potential Claimants Except G.E. Money Bank

W. Samuel Hamrick, Jr.,
Clerk of the Court

ENTERED: 8/21/08

By: s/ A. Garcia, Deputy Clerk