KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2004 HARLEY DAVIDSON FLSTC, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES,<br><br>$1,862.00 IN U.S. CURRENCY,<br><br>Defendants. | Case No. 08cv0507-L(WMc)<br><br>AMENDED NOTICE OF MOTION AND MOTION FOR JUDGMENT BY DEFAULT AS TO BRUCE KEVIN LAMBERT AND ALL POTENTIAL CLAIMANTS EXCEPT G.E. MONEY BANK<br><br>DATE: November 10, 2008<br>TIME: 10:30 a.m.<br>CTRM: 14<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULE |

TO: BRUCE KEVIN LAMBERT, AND ALL POTENTIAL CLAIMANTS,

PLEASE TAKE NOTICE that on November 10, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable M. James Lorenz, United States District Court, Courtroom 14, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant United States Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, for an amended judgment by default in the instant case as to the interest of Bruce Kevin Lambert, and all potential claimants, except G.E. Money Bank.

//

//

//

This amended motion is based on the files and records of this case, including the attached Amended Memorandum of Points and Authorities (Exhibit 1), the Clerk's Entry of Default dated August 21, 2008 (Exhibit 2) and the Amended Declaration of David M. McNees (Exhibit 3).

DATED: August 26, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David M. McNees

DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: david.mcnees@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 2004 HARLEY DAVIDSON FLSTC, CA LICENSE NO. 8C7957, VIN 1HD1BWB154Y085172, ITS TOOLS AND APPURTENANCES,<br>$1,862.00 IN U.S. CURRENCY,<br>Defendants. | Case No. 08cv0507-L(WMc)<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants in this case:

1. Bruce Kevin Lambert
   Booking No. 8105549
   East Mesa Detention Facility
   446 Alta Road, Suite 5200
   San Diego, CA 92158-0002

2. Kary R. Kump, Esq.
   c/o G.E. Money Bank
   P.O. Box 2480
   Ventura, CA 93002-2480

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008.

s/ David M. McNees
DAVID M. McNEES